Rel: December 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0238

John Elkington; Inspiration Landing Development, LLC; Furnace Hill Development, LLC; and 20th Avenue West Holdings, LLC v. Carl Raff and Business Enhancement Associates, LLC (Appeal from Colbert Circuit Court: CV-23-900044).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.